No. 958.   BLUMGART ET AL. *v.* ST. LOUIS-SAN FRANCISCO
RY. CO.   May 16, 1938.   Petition for writ of certiorari to

the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE BRANDEIS took no part in the consideration or decision of this application. *Mr. Frank E. Karelsen, Jr.* for petitioners. *Messrs. Alexander P. Stewart* and *Joseph W. Jamison* for respondent.